# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

Robert P. Young, Jr.,
Chief Justice

149332

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PHIL FORNER,
        Appellant,

v

                                                  SC: 149332
                                                  COA: 317298

ALLENDALE CHARTER TOWNSHIP,
        Appellee.
                                                  Ottawa CC: 12-002922-AA

_____/

      On order of the Court, the application for leave to appeal the February 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



h1217

                                                      Clerk